FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUN -8  AM 9: 17

CLERK_____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | **CR 411-308** |
| MARCUS L. SMITH | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the

Information pending against Defendant MARCUS L. SMITH without prejudice.

SO ORDERED, this _7th_ day of _June_, 2016.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA